UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS, LLC,            )<br>                                                          )<br>                     Plaintiff,              )<br>                                                          )<br>     v.                                                 )<br>                                                          )<br>OSPREYPACKS, INC.,                     )<br>                                                          )<br>                     Defendant.         ) | Case No. 5:15-cv-00906-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 28)** |

Based on the parties' joint case management statement and the case management conference earlier this week,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that the parties participate in panel mediation by September 18, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

---

[1] *See* Docket No. 21.

1

Case No. 5:15-cv-00906-PSG
CASE SCHEDULING ORDER

| | |
|---|---|
| Initial Disclosures Exchanged | June 12, 2015 |
| Fact Discovery Begins | June 12, 2015 |
| Parties to file Proposed Protective Order | June 12, 2015 |
| Parties to file Proposed ESI Order | June 12, 2015 |
| Disclosure of Asserted Claims and Infringement Contentions | July 7, 2015 |
| Invalidity Contentions Due | August 28, 2015 |
| Exchange of Proposed Claim Terms | September 4, 2015 |
| Meet and Confer on Proposed Claim Terms | September 8, 2015 |
| Exchange of Proposed Claim Constructions | September 21, 2015 |
| Meet and Confer on Proposed Claim Constructions | September 23, 2015 |
| Joint Claim Construction and Prehearing Statement Due | October 20, 2015 |
| Close of Claim Construction Discovery | November 19, 2015 |
| Opening Claim Construction Brief Due | December 4, 2015 |
| Responsive Claim Construction Brief Due | December 18, 2015 |
| Reply Claim Construction Brief Due | December 28, 2015 |
| *Markman* Hearing | January 13, 2016 at 1:30 PM |
| Close of Fact Discovery | April 4, 2016 |
| Opening Expert Reports Due | April 25, 2016 |
| Rebuttal Expert Reports Due | May 25, 2016 |
| Completion of Expert Witness Depositions | June 24, 2016 |
| Final Day for Filing Dispositive and Daubert Motions | July 25, 2016 |
| Dispositive and Daubert Motions Hearing | September 13, 2016 at 10:00 AM |
| Pre-Trial Conference | December 6, 2016 at 10:00 AM |
| Jury Trial | December 19, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: June 12, 2015

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge