**Steven M. Wilker**, CA Bar #150946
  Direct Dial: 503.802.2040
  Direct Fax: 503.972.3740
  Email: steven.wilker@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

Attorneys for Plaintiff CamelBak Products, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| **CAMELBAK PRODUCTS, LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**OSPREY PACKS, INC.**, a Colorado corporation,<br><br>Defendant. | Case No. 5:15-cv-906-PSG<br><br>**PLAINTIFF CAMELBAK PRODUCTS, LLC'S ANSWER TO DEFENDANT OSPREY PACKS, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIMS** |

Plaintiff CamelBak Products, LLC ("CamelBak") hereby submits this Answer to Counterclaims filed by Defendant Osprey Packs, Inc. ("Osprey Packs") on June 8, 2015 [ECF No. 27].

### NATURE OF THE ACTION

1. These Counterclaims arise from CamelBak's allegations of infringement against Osprey Packs.

**ANSWER:** CamelBak admits the allegation in paragraph 1.

Page 1 - PLAINTIFF'S ANSWER TO DEFENDANT'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 5:15-cv-906-PSG

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

037553/00001/6516381v1

2.  According to the allegations set forth in the Complaint, CamelBak claims to be the owner by assignment of the entire right, title, and interest in the '243 patent.

**ANSWER:** CamelBak admits the allegation in paragraph 2 and further states that it is the owner by assignment of the entire right, title and interest in the '243 patent.

3.  CamelBak has accused Osprey Packs of directly infringing the '243 patent. Osprey Packs denies that it has infringed any valid and enforceable claim of the '243 patent.

**ANSWER:** CamelBak admits the allegation in paragraph 3.

4.  An actual case and controversy exists between the parties concerning infringement of one or more claims of the '243 patent, and that controversy is ripe for adjudication by this Court.

**ANSWER:** CamelBak admits the allegation in paragraph 4.

## JURISDICTION AND VENUE

5.  These are Counterclaims for a declaration of non-infringement and invalidity of one or more claims of the '243 patent. This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, and 2201. This Court also has personal jurisdiction over CamelBak because CamelBak has already submitted to the jurisdiction of this judicial district by initiating the instant lawsuit.

**ANSWER:** CamelBak admits that Osprey Packs' Counterclaims are for a declaration of non-infringement and invalidity of the '243 patent, but deny that Osprey Packs is entitled to such a declaration. CamelBak admits the remaining allegations in paragraph 5.

6.  Venue for these Counterclaims is legally proper in this District pursuant to 28 U.S.C. §§ 1367 and 1391.

**ANSWER:** CamelBak admits the allegation in paragraph 6.

## PARTIES

7.  Counterclaim-Plaintiff Osprey Packs is a Colorado corporation with its principal place of business in Cortez, Colorado.

**ANSWER:** CamelBak admits the allegation in paragraph 7.

8.  According to the allegations in paragraph 4 of the Complaint, Counterclaim-Defendant CamelBak is a limited liability company organized under the laws of Delaware with its principal place of business in Petaluma, California.

**ANSWER:** CamelBak admits the allegation in paragraph 8.

Page 2 - PLAINTIFF'S ANSWER TO DEFENDANT'S FIRST AMENDED ANSWER AND COUNTERCLAIMS
Case No. 5:15-cv-906-PSG

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

037553/00001/6516381v1

## COUNTERCLAIM COUNT I

### (Non-Infringement of U.S. Patent No. 7,063,243)

9. Osprey Packs repeats and re-alleges the allegations contained in paragraphs 1 through 8 as if fully set forth herein.

**ANSWER:** In response to paragraph 9, CamelBak realleges and incorporates herein its answers to paragraphs 1 through 8, above.

10. Osprey Packs is neither infringing, contributorily infringing, actively inducing others to infringe, nor otherwise liable under 35 U.S.C. § 271 for infringement of any claim of the '243 patent as properly construed.

**ANSWER:** CamelBak denies the allegations in paragraph 10.

11. To resolve the legal and factual questions raised by CamelBak and to afford relief from the uncertainty and controversy that CamelBak's accusations have precipitated, Osprey Packs is entitled to declaratory judgment that it has not infringed and is not infringing, directly or indirectly, any valid, enforceable claim of the '243 patent, either literally or under the doctrine of equivalents.

**ANSWER:** CamelBak denies the allegations in paragraph 11.

## COUNTERCLAIM COUNT II

### (Invalidity of U.S. Patent No. 7,063,243)

12. Osprey Packs repeats and re-alleges the allegations contained in paragraphs 1 through 8 as if fully set forth fully herein.

**ANSWER:** In response to paragraph 12, CamelBak realleges and incorporates herein its answers to paragraphs 1 through 8, above.

13. One or more claims of the '243 patent are invalid or unenforceable for failing to meet the requisite statutory and decisional requirements and/or conditions for patentability under one or more of 35 U.S.C. §§ 101, 102, 103, and 112.

**ANSWER:** CamelBak denies the allegation in paragraph 13.

14. To resolve the legal and factual questions raised by CamelBak and to afford relief from the uncertainty and controversy from which CamelBak's accusations have precipitated, Osprey Packs is entitled to a declaratory judgment that the '243 patent is invalid.

**ANSWER:** CamelBak denies the allegation in paragraph 14.

/ / / / /

Page 3 -  PLAINTIFF'S ANSWER TO DEFENDANT'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 5:15-cv-906-PSG

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

037553/00001/6516381v1

## PRAYER FOR RELIEF

WHEREFORE, CamelBak is entitled to a judgment in its favor as requested in its Complaint and dismissing each of Osprey Packs' Counterclaims.

DATED: June 24, 2015.

TONKON TORP LLP

By: /s/ Steven M. Wilker
    Steven M. Wilker, CA Bar #150946
      Direct Dial: 503.802.2040
      Direct Fax: 503.972.3740
      Email: steven.wilker@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2099

Attorneys for Plaintiff CamelBak Products, LLC

Page 4 - PLAINTIFF'S ANSWER TO DEFENDANT'S FIRST AMENDED ANSWER AND COUNTERCLAIMS
Case No. 5:15-cv-906-PSG

037553/00001/6516381v1

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF CAMELBAK PRODUCTS, LLC'S ANSWER TO DEFENDANT OSPREY PACKS, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIMS** on:

Geoffrey M. Godfrey
Wilmer Cutler Pickering
 Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
geoff.godfrey@wilmerhale.com

Natalie Hanlon Leh
Wilmer Cutler Pickering
 Hale and Dorr LLP
1225 Seventeenth Street, Suite 1660
Denver, CO 80202
natalie.hanlonleh@wilmerhale.com

- [✓] by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below;

- [ ] by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

- [ ] by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below; and/or

- [ ] by concurrently electronically mailing this document in Word format to each attorney's last-known email address on the date set forth below.

DATED:  June 24, 2015.

TONKON TORP LLP

By */s/ Steven M. Wilker*
    Steven M. Wilker, CA Bar #150946
    Attorneys for Plaintiff CamelBak Products, LLC

Page 1 - CERTIFICATE OF SERVICE
Case No. 3:15-cv-906-PSG

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

037553/00001/6516381v1